IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOBO'S, INC., d/b/a BJ Roosters, a corporation, and ROBERT HAMILL and JOHN MOLINARI, individuals,<br><br>Defendants. | Civil Action No. 1:13-cv-04242 |

## NOTICE OF CONSENT FILING

PLEASE BE ON NOTICE, that pursuant to 29 U.S.C. § 216, Plaintiff **Richard Martin** hereby files his consent form, consenting to be a member of this lawsuit pursuant to the Fair Labor Standards Act.

Respectfully submitted this 14th day of January 2014.

| | |
|---|---|
| SMITH COLLINS, LLC<br>8565 Dunwoody Place<br>Bldg. 15, Ste. B<br>Atlanta, GA 30350<br>(770) 378-1408<br>wicollin@hotmail.com | /s/ W. Anthony Collins, Jr.<br>W. Anthony Collins, Jr.<br>Georgia Bar No. 141712 |
| MERRITT & FLETCHER<br>1265 West Spring St., Ste. A<br>Smyrna, GA 30080 | /s/ James R. Fletcher II<br>James R. Fletcher II<br>Georgia Bar No. 232541 |

(678) 607-6053
jim@MerrittFletcher.com

*Attorneys for Plaintiffs*

## CONSENT FORM

1. I hereby consent to join the lawsuit brought pursuant to the Fair Labor Standards Act, 29 U.S.C. § 201, et. seq, to recover compensation due and owing to me from my former employer, BJ Roosters, and or any related entity or individual that is determined to owe these wages.

2. Within the last three years, I was employed by BJ Roosters as a ~~dancer or entertainer~~ *bartender*.

3. I hereby designate the law firms of Smith Collins, LLC; Merritt & Fletcher, LLC; and The Blaska Law Firm, LLC to represent me in this matter.

4. If this case does not proceed collectively then I consent to pursuing this matter in a subsequent proceeding or as an individual.

12/19/2013
Date

Richard L. Martin
Name

*[signature]*
Signature

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>JOBO'S, INC., d/b/a BJ Roosters, a corporation, and ROBERT HAMILL and JOHN MOLINARI, individuals,<br><br>Defendants. | Civil Action No. 1:13-cv-04242 |

**CERTIFICATE OF SERVICE**

I hereby certify that on January 14, 2014, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to the following attorneys of record:

N/A

I further certify that I have mailed by U.S. Mail the foregoing document to the following non-CM/ECF participants:

Jobo's, Inc.
c/o Mindy Thompson
3789 Roswell Rd.
Atlanta, Georgia 30342

3

John Molinari
2043 Cheshire Bridge Road
Atlanta, GA 30324

Robert Hamill
2043 Cheshire Bridge Road
Atlanta, GA 30324

Dated: January 14, 2014

|  |  |
|---|---|
|  | */s/ W. Anthony Collins, Jr.* |
| SMITH COLLINS, LLC | W. Anthony Collins, Jr. |
| 8565 Dunwoody Place | Georgia Bar No. 141712 |
| Bldg. 15, Ste. B |  |
| Atlanta, GA 30350 |  |
| (770) 378-1408 |  |
| wicollin@hotmail.com |  |
|  |  |
|  | /s/ James R. Fletcher II |
| MERRITT & FLETCHER | James R. Fletcher II |
| 1265 West Spring St., Ste. A | Georgia Bar No. 232541 |
| Smyrna, GA 30080 |  |
| (678) 607-6053 |  |
| jim@MerrittFletcher.com |  |
|  |  |
|  | *Attorneys for Plaintiffs* |

4