IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO.: 1:13-cv-4242-RLV |
| JOBO'S, INC., d/b/a BJ ROOSTERS, | ) | |
| ROBERT HAMILL and | ) | |
| JOHN MOLINARI, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

**CERTIFICATE OF INTERESTED PERSONS
AND CORPORATE DISCLOSURE STATEMENT**

**(1)** The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party: Robert Hamill; John Molinari; Jobo, LLC.

**(2)** The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case: None.

**(3)** The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Wimberly, Lawson, Steckel, Schneider & Stine, PC: J. Larry Stine; Elizabeth K. Dorminey (contact information below).

Submitted this 23rd day of January, 2014.

|  |  |
|---|---|
| WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.<br>Suite 400, Lenox Towers<br>3400 Peachtree Road, N.E.<br>Atlanta, Georgia  30326<br>Phone:     (404) 365-0900<br>Fax:        (404) 261-3707<br>Email:     jls@wimlaw.com<br>              edorminy@bellsouth.net | /s/ *J. Larry Stine*<br>J. Larry Stine<br>Ga. Bar No.: 682555<br>Elizabeth K. Dorminey<br>Ga. Bar No.: 225935<br><br>*Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| RICHARD MARTIN, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO.: 1:13-cv-4242-RLV |
| JOBO'S, INC., d/b/a BJ ROOSTERS, ROBERT HAMILL and JOHN MOLINARI, | ) ) ) ) | |
| Defendants. | ) ) | |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **Certificate of Interested Persons and Corporate Disclosure Statement** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

W. Anthony Collins, Jr.
Smith Collins, LLC

This 23rd day of January, 2014.

/s/ *J. Larry Stine*
J. Larry Stine
Ga. Bar No.: 682555
Elizabeth K. Dorminey
Ga. Bar No.: 225935

*Attorneys for Defendants*

WIMBERLY, LAWSON, STECKEL,
 SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 365-0900
Fax: (404) 261-3707
Email: jls@wimlaw.com
edorminy@bellsouth.net