IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN, an individual,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters, a corporation, and ROBERT HAMILL and JOHN MOLINARI, individuals,**<br><br>**Defendants.** | Civil Action No. 1:13-cv-04242 |

## ENTRY OF APPEARANCE FOR MATTHEW W. HERRINGTON

NOW COMES Matthew W. Herrington and hereby enters his appearance as counsel for Plaintiff Richard Martin in the above-captioned case.

Submitted this 19th day of February 2014.

| | |
|---|---|
| | /s/ Matthew W. Herrington |
| SMITH COLLINS, LLC | Matthew W. Herrington |
| 8565 Dunwoody Place | Ga. Bar No. 275411 |
| Building 15, Suite B | |
| Atlanta, GA 30350 | *Attorney for Plaintiff* |
| 770-286-1800 | |
| 404-286-6265 (fax) | |
| herrington.matthew@gmail.com | |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN, an individual,**<br><br>**Plaintiff,**<br><br>**vs.**<br><br>**JOBO'S, INC., d/b/a BJ Roosters, a corporation, and ROBERT HAMILL and JOHN MOLINARI, individuals,**<br><br>Defendants. | Civil Action No. 1:13-cv-04242 |

## **L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE**

I hereby certify that this document has been prepared with one of the font and point selections approved by the court in LR 5.1 or, if type written, that the brief does not contain more than 10 characters per inch of type. This document was prepared in Times New Roman 14 point font.

I hereby certify that on the date signed below, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

| | |
|---|---|
| W. Anthony Collins, Jr.<br>SMITH COLLINS, LLC<br>8565 Dunwoody Place<br>Building 15, Suite B | J. Larry Stine<br>WIMBERLY, LAWSON, STECKEL,<br>SCHNEIDER & STINE, P.C.<br>Suite 400, Lenox Towers |

Atlanta, GA 30350
wicollin@hotmail.com

3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
jls@wimlaw.com

Elizabeth K. Dorminey
WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
edorminy@bellsouth.net

Submitted this 19th day of February 2014.

SMITH COLLINS, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350
770-286-1800
404-286-6265 (fax)
herrington.matthew@gmail.com

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Ga. Bar No. 275411

*Attorney for Plaintiff*