IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN, | ) |
| *Plaintiff,* | ) ) ) CIVIL ACTION FILE |
| v. | ) NO.: 1:13-cv-4242-RLV |
| JOBO'S, INC., d/b/a BJ ROOSTERS, ROBERT HAMILL and JOHN MOLINARI, | ) ) ) |
| *Defendants.* | ) ) |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I have served **DEFENDANTS' FIRST INTERROGATORIES and REQUESTS FOR PRODUCTION TO PLAINTIFF RICHARD MARTIN** upon all attorneys of record, via U.S. Mail, with sufficient postage thereon, addressed as follows:

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta, GA 30350

This 17th day of March, 2014.

/s/ J. Larry Stine
J. Larry Stine
Bar No. 682555
*Counsel for Defendants*

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 365-0900
Fax: (404) 261-3707
jls@wimlaw.com