IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>　　Plaintiff,<br><br>　vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters, a corporation, and ROBERT HAMILL and JOHN MOLINARI, individuals,**<br><br>　　Defendants. | Civil Action No. 1:13-cv-4242-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that on this day, I have sent Plaintiff's First Continuing Interrogatories and Request for Production of Documents to Defendant Jobo's, Inc. via First Class U.S. Mail, postage prepaid, to:

J. Larry Stine
WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.
3400 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326

Submitted this 20th day of March 2014.

　　　　　　　　　　　　　　　　　　　　　　　*/s/ Matthew W. Herrington*
SMITH COLLINS, LLC　　　　　　　　　　Matthew W. Herrington
8565 Dunwoody Place　　　　　　　　　　Ga. Bar No. 275411
Building 15, Suite B
Atlanta, GA 30350
(770) 286-1800
herrington.matthew@gmail.com