IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| RICHARD MARTIN, | ) | |
| | ) | |
| *Plaintiff,* | ) | |
| | ) | CIVIL ACTION FILE |
| v. | ) | |
| | ) | NO.: 1:13-CV-4242-RLV |
| JOBO'S, INC., d/b/a BJ ROOSTERS, | ) | |
| ROBERT HAMILL and | ) | |
| JOHN MOLINARI, | ) | |
| | ) | |
| *Defendants.* | ) | |
| | ) | |

## **L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE**

I hereby certify that this document has been prepared using the font approved by the Court in L.R. 7.1, Times New Roman 14 point font.

I further certify that I have served **Defendants' Responses to Plaintiff's First Interrogatories and Requests for Production** upon all attorneys of record, via U.S. Mail, with sufficient postage thereon, addressed as follows:

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta,  GA  30350

This 22nd day of April, 2014.

/s/ J. Larry Stine
J. Larry Stine
Bar No. 682555
*Counsel for Defendants*

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 365-0900
Fax: (404) 261-3707
jls@wimlaw.com