IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN, )<br>)<br>*Plaintiff*, )<br>)<br>v. )<br>)<br>JOBO'S, INC., d/b/a BJ ROOSTERS, )<br>ROBERT HAMILL and )<br>JOHN MOLINARI, )<br>)<br>*Defendants.* )<br>_____ ) | CIVIL ACTION FILE<br><br>NO.: 1:13-CV-4242-RLV |

## L.R. 7.1 CERTIFICATION & CERTIFICATE OF SERVICE

I hereby certify that this document has been prepared using the font approved by the Court in L.R. 7.1, Times New Roman 14 point font.

I further certify that I have served the **Notice of Deposition of Richard Martin** upon all attorneys of record, via U.S. Mail, with sufficient postage thereon, addressed as follows:

W. Anthony Collins, Jr.
Matthew W. Herrington
Smith Collins, LLC
8565 Dunwoody Place
Building 15, Suite B
Atlanta,  GA  30350

This 23rd day of April, 2014.

                                                   */s/ J. Larry Stine*
                                                   J. Larry Stine
                                                   Bar No. 682555
                                                 *Counsel for Defendants*

WIMBERLY, LAWSON, STECKEL,
SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Phone: (404) 365-0900
Fax: (404) 261-3707
jls@wimlaw.com