IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN, an individual,**<br><br>　　　**Plaintiff,**<br><br>　　vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>　　　**Defendants.** | Civil Action No. 1:13-cv-04242-RLV |

## JOINT MOTION TO STAY CASE PENDING MEDIATION

NOW COME Plaintiff Richard Martin and Defendants Jobo's, Inc., Robert Hamill, and John Molinari, and move the Court to stay all proceedings in the case until the parties complete mediation in this case.

The parties wish to conduct mediation in this case together with mediation in a related case: <u>Allen et al. v. Jobo's, Inc. et al.</u>, Civil Action File No. 1:13-CV-3768-RWS (N.D. Ga.). The <u>Allen</u> case was conditionally certified as a collective action on July 7, 2014. Because a court-approved notice must be sent out and the 60-day notice period must be completed, the <u>Allen</u> case will not be ready for mediation until approximately September 1, 2014.

Therefore, the Parties request that this case be stayed until October 1, 2014, by which time mediation in both <u>Allen</u> and the present case should be completed.

A proposed order is attached as Exhibit A.

This 7th day of July 2014.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew W. Herrington* | */s/ J. Larry Stine* |
| Matthew W. Herrington | J. Larry Stine |
| Ga. Bar No. 275411 | Ga. Bar No. 682555 |
| SMITH COLLINS, LLC | WIMBERLY, LAWSON, STECKEL, |
| 8565 Dunwoody Place | SCHNEIDER & STINE, P.C. |
| Bldg. 15, Ste. B | Suite 400, Lenox Towers |
| Atlanta, GA 30350 | 3400 Peachtree Road, N.E. |
| (770) 806-7180 | Atlanta, Georgia 30326 |
| | (404) 365-0900 |
| *Attorneys for Plaintiffs* | jls@wimlaw.com |
| | |
| | *Attorneys for Defendants* |

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN, an individual,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>**Defendants.** | Civil Action No. 1:13-cv-04242-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that on this day I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing to the following counsel of record:

J. Larry Stine
WIMBERLY, LAWSON, STECKEL, SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia 30326
Email: jls@wimlaw.com

Dated: July 7, 2014.

| | |
|---|---|
| SMITH COLLINS, LLC<br>8565 Dunwoody Place<br>Bldg. 15, Ste. B<br>Atlanta, GA 30350<br>(770) 806-7180 | *Matthew W. Herrington*<br>Matthew W. Herrington<br>Ga. Bar No. 275411<br>*matthew@smitihcollinsllc.com*<br><br>*Attorneys for Plaintiffs* |