FILED IN CHAMBERS
U.S.D.C. - Rome
JUL 0 8 2014
JAMES N. HATTEN, Clerk
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN, an individual,**<br><br>Plaintiff,<br><br>vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>Defendants. | Civil Action No. 1:13-cv-04242-RLV |

### ORDER

The parties having jointly moved the Court to stay all proceedings in this case pending mediation, which is tentatively schedule to occur in September 2014,

IT IS ORDERED that all proceedings in the case are stayed until October 1, 2014.

The parties shall promptly advise the Court whether mediation is successful.

This ___ day of July 2014

_____
Honorable Robert L. Vining, Jr.
U.S. District Judge
Northern District of Georgia