IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CHARLES ALLEN,

          Plaintiff,

v.

ROBERT HAMMILL et al.,

          Defendants.

CIVIL ACTION FILE

NO. 1:13-cv-3768-RWS

RICHARD MARTIN,

          Plaintiff,

v.

JOBO'S, INC., et al.,

          Defendants.

CIVIL ACTION FILE

NO. 1:13-cv-4242-RLV

## ORDER SETTING CASE FOR MEDIATION

The parties have been referred to a Magistrate Judge for a settlement conference.
It is **ORDERED** that the parties and their attorneys appear before the undersigned for
a settlement conference on **Tuesday, August 26, 2014, at 9:30 a.m.** in Courtroom
No. 1834, 18th Floor, United States Courthouse Building, 75 Spring Street, S.W.,
Atlanta, Georgia 30303-3361.

At said conference, the parties shall be prepared to make an oral presentation of
the facts of the case, discuss with the Magistrate Judge the strongest and weakest

points in their case, and that of their opponents, the latest settlement proposals made by them to each other, and settlement proposals that they would be willing to make in order to conclude the matter and stop the expense of litigation. The parties must have present a representative with authority to negotiate, approve, and enter into a binding agreement, and individual plaintiffs and defendants must be present.    All communications made in connection with the settlement conference will be confidential and will not be disclosed to anyone.  **All depositions and any exhibits to the depositions not already on file must be delivered to the undersigned's chambers by August 19, 2014.**

**IT IS SO ORDERED** this 24th day of July, 2014.

*Gerrilyn G. Brill*

GERRILYN G. BRILL
UNITED STATES MAGISTRATE JUDGE

2