# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:13-cv-04242-RLV
## Martin v. Jobo's, Inc. et al
## Honorable Gerrilyn G. Brill

Minute Sheet for proceedings held In Open Court and In Chambers on 08/26/2014.

TIME COURT COMMENCED: 9:43 A.M.
TIME COURT CONCLUDED: 2:46 P.M.    TAPE NUMBER: FTR
TIME IN COURT: 5:03                DEPUTY CLERK: Suzy Edwards
OFFICE LOCATION: Atlanta

| | |
|---|---|
| ATTORNEY(S) PRESENT: | W. Collins representing Richard Martin |
| | James Stine representing Jobo's, Inc. |
| | James Stine representing John Molinari |
| | James Stine representing Robert Hamill |
| | ** James Robert Fletcher representing Richard Martin |
| | ** G. Michael Smith representing Richard Martin |
| OTHER(S) PRESENT: | Jacob Aberly |
| | Robert Hamill |
| | John Molinari |
| PROCEEDING CATEGORY: | Settlement Conference; |
| MINUTE TEXT: | Case did not settle. |
| HEARING STATUS: | Hearing Concluded |