IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD MARTIN,

    Plaintiff,

v.

JOBO'S, INC., et al.,

    Defendants.

CIVIL ACTION FILE NO:
1:13-CV-4242-HLM

## ORDER

This is an action filed under the Fair Labor Standards Act. The case is before the Court on the Court's own Motion.

The Court **REFERS** this action to United States Magistrate Judge Walter E. Johnson for determination of all pretrial matters permitted by 28 U.S.C. § 636(b)(1)(A). This case also is referred to Judge Johnson, pursuant to 28 U.S.C. § 636(b)(1)(B), for a report and recommendation regarding any pretrial motions filed or to be filed that are excepted by § 636(b)(1)(A). The Court **DIRECTS** the Clerk to **SUBMIT** this case to Judge Johnson for

AO 72A
(Rev.8/8
2)


further proceedings.

IT IS SO ORDERED, this the ⎵ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE