# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:13-cv-04242-HLM-WEJ
### Martin v. Jobo's, Inc. et al
### Honorable Walter E. Johnson

Minute Sheet for proceedings held In Open Court on 10/03/2014.

TIME COURT COMMENCED: 11:00 A.M.
TIME COURT CONCLUDED: 11:09 A.M.    TAPE NUMBER: FTR
TIME IN COURT: 00:09                DEPUTY CLERK: Kari Butler
OFFICE LOCATION: Rome

| | |
|---|---|
| ATTORNEY(S) PRESENT: | W. Collins (by phone) representing Richard Martin<br>James Stine (by phone) representing Jobo's, Inc.<br>** Jim Fletcher (by phone) representing Richard Martin |
| PROCEEDING CATEGORY: | Status Conference; |
| MINUTE TEXT: | Status conference held. Parties agree case is related to 1:13-cv-3768-RWS. |
| HEARING STATUS: | Hearing Concluded |