IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

RICHARD MARTIN, an individual,

    Plaintiff,

v.                                   CIVIL ACTION FILE NO.:
                                        1:13-CV-04242-HLM-WLJ

JOBO'S, INC., d/b/a BJ Roosters
et al.,

    Defendants.

## ORDER

This case is before the Court on the Court's own Motion.

The Court finds that this case is related to <u>Allen v. Hamill</u>, 1:13-CV-03768-RWS, an action that is presently pending before United States District Judge Richard W. Story. Under those circumstances, the Court concludes that it is appropriate to transfer this case to Judge Story for further proceedings.

ACCORDINGLY, the Court **TRANSFERS** this case to United States District Judge Richard W. Story for further proceedings. The

AO 72A
(Rev.8/8
2)

Court **DIRECTS** the Clerk to **TERMINATE** the reference to United States Magistrate Judge Walter E. Johnson.

IT IS SO ORDERED, this the 3rd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE

AO 72A
(Rev.8/8 2)