**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| RICHARD MARTIN,<br>an individual, : <br> : <br>    Plaintiff, : <br> :    CIVIL ACTION NO.<br>v. :    1:13-CV-4242-RWS<br> : <br>JOBO'S, INC., d/b/a BJ Roosters, : <br>*et al.*, : <br> : <br>    Defendants. : | |

**ORDER**

This action was stayed through October 1, 2014, to allow the parties to participate in mediation. The parties are **ORDERED** to submit a status report to the Court and, if the case is not settled, submit a proposed scheduling order.

**SO ORDERED**, this  8th  day of October, 2014.

_____
**RICHARD W. STORY**
United States District Judge

AO 72A
(Rev.8/82)