IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN**, an individual,<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOBO'S, INC.**, d/b/a BJ Roosters et al.,<br><br>**Defendants.** | Civil Action No. 1:13-cv-04242-RLV |

### NOTICE OF WITHDRAWAL OF MATTHEW W. HERRINGTON

Plaintiff, by and through the undersigned counsel, hereby notify the Court and counsel for Defendants that Matthew W. Herrington will no longer be associated with Smith, Collins & Fletcher, P.A. as of November 2, 2014, and hereby withdraws from representing Plaintiff in this action. Plaintiff's remaining counsel will continue to represent Plaintiff as before.

This 31st day of October 2014.

                Respectfully submitted,

/s/ Matthew W. Herrington    /s/ W. Anthony Collins, Jr.
Matthew W. Herrington      W. Anthony Collins, Jr.
Georgia Bar No. 275411      Georgia Bar No. 141712
SMITH, COLLINS & FLETCHER, SMITH, COLLINS & FLETCHER,
P.A.                 P.A.

8565 Dunwoody Place  
Building 15, Suite B  
Atlanta, Georgia 30350  
Phone: (678) 245-6785  
Fax: (888) 413-3031  
*matthew@smithcollinsllc.com*

*Attorney for Plaintiff*

8565 Dunwoody Place  
Building 15, Suite B  
Atlanta, Georgia 30350  
Phone: (678) 245-6785  
Fax: (888) 413-3031  
*Anthony@SCandF.com*

*Attorney for Plaintiff*

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN, an individual,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>**Defendants.** | Civil Action No. 1:13-cv-04242-RLV |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served copies of the foregoing by filing same with the Court via CM/ECF, which will automatically deliver copies all counsel of record.

Dated: October 31, 2014

                                            */s/ Matthew W. Herrington*
                                            Matthew W. Herrington
                                            Georgia Bar No. 275411