IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION |
| | : NO. 1:13-CV-4242-RWS |
| JOBO'S INC., ET AL, | : |
| Defendants. | : |

**O R D E R**

On October 8, 2014, the Court entered an Order [19] staying this action pending mediation. The parties have failed to submit a status report to the Court, if the case is not settled or a proposed scheduling order. The parties are hereby **ORDERED** to show cause, if any they can, within fourteen (14) days of the entry of this Order why this action should not be dismissed, without prejudice.

It is so ORDERED, this 22 day of April, 2015.

Richard W. Story
Judge, United States District Court