IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>    **Plaintiff,**<br><br>    vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>    **Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

## NOTICE OF APPEARANCE

Matthew W. Herrington, of the firm DeLong, Caldwell, Bridgers & Fitzpatrick, LLC enters his appearance as counsel for Plaintiff Richard Martin, in accordance with LR 83.1 (D)(1) NDGa.

Dated: May 8, 2015.

                                                                                    **DELONG, CALDWELL, BRIDGERS &**
                                                                                     **FITZPATRICK, LLC**

3100 Centennial Tower  
101 Marietta Street                                */s/ Matthew W. Herrington*  
Atlanta, GA 30303                                  Matthew W. Herrington  
(404) 979-3150                                     Georgia Bar No. 275411  
(404) 979-3170 (facsimile)  
matthew.herrington@dcbflegal.com

                                                                                      Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>　　　　**Plaintiff,**<br><br>　　vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>　　　　**Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

## CERTIFICATE OF SERVICE

I certify that on this day I have filed the foregoing document in the Court's CM/ECF system, thereby ensuring service upon all counsel of record.

Dated: May 8, 2015

　　　　　　　　　　　　　　　　　　　　*/s/ Matthew W. Herrington*
　　　　　　　　　　　　　　　　　　　　Matthew W. Herrington
　　　　　　　　　　　　　　　　　　　　Georgia Bar No. 275411