IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>**Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

**NOTICE OF APPEARANCE**

Charles R. Bridgers, of the firm DeLong, Caldwell, Bridgers & Fitzpatrick, LLC enters his appearance as counsel for Plaintiff Richard Martin, in accordance with LR 83.1 (D)(1) NDGa.

Dated: May 8, 2015.

DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
charlesbridgers@dcbflegal.com

*/s/ Charles R. Bridgers*
Charles R. Bridgers
Georgia Bar No. 080791

Counsel for Plaintiff

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>**Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

## CERTIFICATE OF SERVICE

I certify that on this day I have filed the foregoing document in the Court's CM/ECF system, thereby ensuring service upon all counsel of record.

Dated: May 8, 2015

                                            */s/ Charles R. Bridgers*
                                            Charles R. Bridgers
                                            Georgia Bar No. 080791