IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>  **Plaintiff,**<br><br>  vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>  **Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

**[~~Proposed~~] Order**

Plaintiff having moved, with the consent of Defendants, to extend the time for filing a status report and joint proposed scheduling order, and for good cause shown, the Parties are ordered to file a status report and joint proposed scheduling order no later than Friday, May 27, 2015.

SO ORDERED, this _13th_ day of _May_ 2015.

_____
Hon. Richard W. Story
Judge, United States District Court