IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>       **Plaintiff,**<br><br>  vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>       **Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Plaintiff Richard Martin hereby gives notice that Kevin D. Fitzpatrick, Jr. of the firm DeLong, Caldwell, Bridgers, and Fitzpatrick, LLC, now appears as his counsel of record in place of W. Anthony Collins, Jr. This substitution has occurred pursuant to the instructions of the client.

3100 Centennial Tower
101 Marietta Street
Atlanta, GA 30303
(404) 979-3150
(404) 979-3170 (facsimile)
kevin.fitzpatrick@dcbflegal.com

**DELONG, CALDWELL, BRIDGERS & FITZPATRICK, LLC**

/s/ Kevin D. Fitzpatrick, Jr.
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>   **Plaintiff,**<br><br>   vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>   **Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

### CERTIFICATE OF SERVICE

I certify that the foregoing document has been filed electronically using the CM/ECF system, which will automatically send email notification to the following counsel of record:

Date: May 14, 2015.

/s/ Kevin D. Fitzpatrick, Jr.
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375