IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN**, <br><br> **Plaintiff,** <br><br> v. <br><br> **JOBO'S, INC. d/b/a BJ Roosters et al.,** <br><br> **Defendants.** | Civil Action No. 1:13-cv-4242-RWS |

---

**CERTIFICATE OF SERVICE OF DISCOVERY**

---

I hereby certify that on this day I deposited **Plaintiff's Amended Initial Disclosures** in the U.S. Mail with sufficient postage affixed thereto, addressed to the following counsel of record:

J. Larry Stine
Wimberly, Lawson, Steckel, Schneider & Stine, P.C.
3400 Peachtree Rd # 400
Atlanta, GA 30326

Dated: May 18, 2015.

/s/ Matthew W. Herrington
Matthew W. Herrington
Georgia Bar No. 275411