IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN,<br><br>    Plaintiff,<br><br>    vs.<br><br>JOBO'S, INC., d/b/a BJ Roosters, ROBERT HAMILL, and JOHN MOLINARI,<br><br>    Defendants. | Civil Action No. 1:13-cv-04242-RWS |

### [~~PROPOSED~~] SCHEDULING ORDER

The Parties having moved for the issuance of a scheduling order, and for good cause shown, **IT IS HEREBY ORDERED** that the Parties are to file their Joint Consolidated Pretrial Order pursuant to N.D. Ga. LR 16.4 and the Court's Standing Order Regarding Civil Litigation on or before June 22, 2015.

**SO ORDERED** this 26th day of May 2015.

_____
Hon. Richard W. Story
Judge, United States District Court