To:  All Judges, Clerks of Court, and Counsel of Record

From:  Kevin D. Fitzpatrick, Jr.

Re:  Notice of Leave of Absence

Date:  June 29, 2015

I, Kevin D. Fitzpatrick, Jr., respectfully notify all judges before whom I have cases pending, all affected clerks of court, and all opposing counsel, that I will be on leave pursuant to Georgia Uniform Court Rule 16 and Federal Local Rule 83.1 E(3).

1. The periods of leave during which time I will be away from the practice of law are as follows:

2. July 23 – 27, 2015
   August 17 – 21, 2015

3. All affected judges and opposing counsel shall have ten days from the date of this Notice to object to it.  If no objections are filed, the leave shall be granted.

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, Ga. 30303
(404) 979-3150
Kevin.fitzpatrick@dcbflegal.com

1

CERTIFICATE OF SERVICE

I hereby certify that I have this day electronically filed Notice of Leave of Absence with the Clerk of Court in the United States District Court for the Northern District of Georgia, Atlanta Division using the CM/ECF system, which will automatically send notice of such filing to all judges, clerks and opposing counsel listed on the attached Exhibit "A."

Respectfully submitted this 29th day of June, 2015.

*s/ Kevin D. Fitzpatrick, Jr.*
Kevin D. Fitzpatrick, Jr.
Georgia Bar No. 262375

3100 Centennial Tower
101 Marietta Street, N.W.
Atlanta, Ga. 30303
(404) 979-3150
kevin.fitzpatrick@dcbflegal.com

**EXHIBIT "A"**

| CASE | JUDGE | OPPOSING COUNSEL |
|---|---|---|
| *Brandi Robinson et al v. Ultimate Sports Bar, LLC et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:12-CV-02311-TWT | The Honorable Thomas W. Thrash, Jr. | Frederica Joy White<br>Jamala S. McFadden<br>McFadden, White, Spratlin & Davis, LLC<br>Suite 3300<br>191 Peachtree, NE<br>Atlanta, GA 30303<br><br>Kenneth A. Newby<br>Newby Law Group LLC<br>Suite 3300<br>191 Peachtree Street<br>Atlanta, GA 30303 |
| *Cassell Williams v. Blue Star Investors, LLC et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:13-CV-01691-WBH | The Honorable Willis B. Hunt, Jr. | Robert T. Monroe<br>McRae, Stegall, Harman, Smith & Manning, LLP<br>P.O. Box 418<br>223 South College Street<br>Cedartown, GA 30125 |

| | | |
|---|---|---|
| *Marquisha Matthews v. Ultimate Sports Bar, LLC et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:13-CV-02353-TWT | The Honorable Thomas W. Thrash, Jr. | Frederica Joy White<br>McFadden, White, Sprattlin & Davis, LLC<br>Suite 3300<br>191 Peachtree, NE<br>Atlanta, GA 30303<br><br>Kenneth A. Newby<br>Newby Law Group LLC<br>Suite 3300<br>191 Peachtree Street<br>Atlanta, GA 30303 |
| *Jamie Obertein et al v. Assured & Associates Personal Care of Georgia, Inc.*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-00490-JEC | The Honorable Julie E. Carnes | Matthew Rudolph Simpson<br>Fisher & Phillips, LLP-ATL<br>Suite 3500<br>1075 Peachtree Street, NE<br>Atlanta, GA 30309 |
| *Ebone D. Coakley v. Serenity Palliative and Hospice Care of Hillendale, Inc. et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:13-CV-03537-MHC-JSA | The Honorable Mark H. Cohen<br><br>Referred to Magistrate: Judge Justin S. Anand | Christopher Garrett Moorman<br>Moorman Pieschel, LLC<br>One Midtown Plaza<br>Suite 1205<br>1360 Peachtree Street, NE<br>Atlanta, Ga 30309<br><br>Nicholas John Pieschel<br>Moorman Pieschel, LLC<br>One Midtown Plaza<br>Suite 1205<br>1360 Peachtree Street, NE<br>Atlanta, Ga 30309 |

| | | |
|---|---|---|
| *Michelle Farmer v. The Melting Pot, LLC et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03099-TWT | The Honorable Thomas W. Thrash, Jr. | Adam Scott Katz<br>Katz Litigation Group, LLC<br>Suite 1805<br>200 Galleria Parkway, SE<br>Atlanta, GA 30339 |
| *Dennis Moore et al v. City of Union City, Georgia*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03330-AT | The Honorable Amy Totenberg | Sharon P. Morgan<br>Tracy Lynn Glanton<br>Elarbee Thompson Sapp & Wilson<br>229 Peachtree Street, N.E.<br>800 International Tower<br>Atlanta, GA 30303-1614 |
| *Charles Brandon Baker v. Baldwin Paving Company, Inc.*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03367-LMM | The Honorable Leigh Martin May | James William Hays<br>Gonzalez, Saggio & Harlan, LLP<br>Atlanta Financial Center<br>Suite 920 North<br>3353 Peachtree Rd., NE<br>Atlanta, GA 30326 |

| | | |
|---|---|---|
| *Crystal Greene v. Integrated Health Services at Briarcliff Haven, Inc.*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03447-LMM-LTW | The Honorable Leigh Martin May<br><br>Referred to Magistrate: Judge Linda T. Walker | Jerry C. Newsome<br>Julie Angelini<br>Littler Mendelson, PC-ATL<br>3344 Peachtree Road, NE<br>Suite 1500<br>Atlanta, GA 30326-4803 |
| *Willie A. McGhee v. Tighitco, Inc.*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03754-TCB-WEJ | The Honorable Timothy C. Batten, Sr.<br><br>Referred to Magistrate: Judge Walter E. Johnson | Kathleen Elizabeth Kubis<br>Natalie Nicole Turner<br>Ogletree Deakins Nash Smoak & Stewart, P.C.-Atl<br>One Ninety One Peachtree Tower<br>191 Peachtree Street, N.E.<br>Suite 4800<br>Atlanta, GA 30303 |
| *Gary Drews v. Jobo's, Inc. d/b/a BJ Roosters et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03774-ODE | The Honorable Orinda D. Evans | Elizabeth K. Dorminey<br>James Larry Stine<br>Winberly, Lawson, Steckel, Schneider & Stine, P.C.<br>3400 Peachtree Road, NE<br>Atlanta, GA  30326-1107 |

| | | |
|---|---|---|
| *Delbra Dean v. 1715 Northside Drive, Inc. et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03775-CAP | The Honorable Charles A. Pannell, Jr. | Andrei Ciobanu<br>AC Law Office<br>3340 Prospect St.<br>Hudsonville, MI 49426<br><br>DeWayne Nathaniel Martin<br>Martin Walker & Newby LLP<br>55 Ivan Allen Jr. Blvd., Suite 820<br>Atlanta, GA 30308<br><br>Herbert P. Schlanger<br>Office of Herbert P. Schlanger<br>Suite 1890<br>230 Peachtree Street, N.W.<br>Atlanta, GA 30303 |
| *Gifton L. Bailey v. Southwest Airlines Co.*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03925-SCJ-GGB | The Honorable Steve C. Jones<br><br>Referred to Magistrate: Judge Gerrilyn G. Brill | Jeffrey Scott Nowak<br>Lindsey Meredith Marcus<br>Franczek Sullivan<br>300 South Wacker Drive<br>Suite 3400<br>Chicago, IL 60606-6785<br><br>Douglas Hanson Duerr<br>Elarbee, Thompson, Sapp & Wilson, LLP<br>229 Peachtree Street, N.E.<br>800 International Tower<br>Atlanta, GA 30303-1614 |

| | | |
|---|---|---|
| *Albert Barnes v. Girls Galore, Inc. et al*<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-03946-SCJ | The Honorable Steve C. Jones | Jeffrey A. Powell<br>William R. Lester<br>Fryer Shuster & Lester<br>1050 Crown Pointe Parkway<br>Suite 410<br>Atlanta, GA 30338 |
| *Christy M. Kent v. Wagner Service Solutions, Inc. et al*<br><br>United States District Court, Northern District, Gainesville Division<br><br>Civil Action No. 2:14-CV-00292-RWS | The Honorable Richard W. Story | Lisa M. Szafranic<br>Patricia Elizabeth Simon<br>Martenson Hasbrouck & Simon, LLP<br>Suite 400<br>3379 Peachtree Road, N.E.<br>Atlanta, GA 30326 |
| *Gregory Irish et al v. Beall's Outlet Stores, Inc.*<br><br>United States District Court, Northern District, Rome Division<br><br>Civil Action No. 4:14-CV-00178-HLM-WEJ | The Honorable Harold L. Murphy<br><br>Referred to Magistrate Judge Walter E. Johnson | Kevin D. Johnson<br>Whitney M. Buescher<br>Thompson, Sizemore, Gonzalez & Hearing, P.A.<br>Suite 1600<br>201 North Franklin Street<br>Tampa, FL 33602<br><br>John R. Hunt<br>Stokes Wagner Hunt Maretz & Terrell<br>3593 Hemphill Street<br>Atlanta, GA 30337 |

| | | |
|---|---|---|
| Richard Martin v. Job's, Inc., et al.<br><br>United States District Court, Northern District, Rome Division<br><br>Civil Action No. 1:13-CV-04242-RWS | The Honorable Robert W. Story | Elizabeth K. Dorminey<br>James Larry Stine<br>Winberly, Lawson, Steckel, Schneider & Stine, P.C.<br>3400 Peachtree Road, NE<br>Atlanta, GA  30326-1107 |
| Lashaun Carter v. Galardi South Enterprises, Inc.<br><br>United States District Court, Northern District, Rome Division<br><br>Civil Action No. 1:14-CV-02812-WBH | The Honorable Willis B. Hunt | Dean R. Fuchs<br>Stephen Whitfield Brown<br>Schulten Ward & Turner<br>260 Peachtree Street, NW<br>Suite 2700<br>Atlanta, GA  30303 |
| Lashaun Carter v. Doll House II, Inc., et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-01097-MHS | The Honorable Marvin H. Shoob | Bennet Dean Alsher<br>Ford & Harrison LLP-Atl<br>271 17th St., NW, Suite 1900<br>Atlanta, GA  30363 |

| | | |
|---|---|---|
| Vickie Mayes v. 1715 Northside Dr., Inc., et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-04004-MHC | The Honorable Mark H. Cohen | Andrei Ciobanu<br>AC Law Office<br>3340 Prospect St.<br>Hudsonville, MI 49426<br><br>DeWayne Nathaniel Martin<br>Martin Walker & Newby LLP<br>55 Ivan Allen Jr. Blvd., Suite 820<br>Atlanta, GA 30308<br><br>Herbert P. Schlanger<br>Office of Herbert P. Schlanger<br>230 Peachtree St., NW, Suite 1890<br>Atlanta, GA 30303<br><br>Carmen Popovitch<br>PRO SE |
| Joseph M. Brummett, et al v. Girls Galore, Inc. et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-04033-AT | The Honorable Amy Totenberg | William R. Lester<br>Jeffrey A. Powell<br>Fryer, Shuster & Lester, P.C.<br>1050 Crown Pointe Parkway<br>Suite 410<br>Atlanta, GA 30338 |

| Linda Price-King<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action No. 1:14-CV-04033-04124-SCJ-LTW | The Honorable Steve C. Jones<br><br>Referred To Magistrate Judge Linda T. Walker | Joshua Mathias Lott<br>Jack Reynolds Hancock<br>Freeman Mathis & Gary, LLP<br>661 Forest Parkway, Suite E<br>Forest Park, GA  30297 |
| Suzette Q. Maxey and Brandy Mizner-Klearman<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:15-CV-00053-MHS | The Honorable Marvin H. Shoob | Bennet Dean Alsher<br>Ford & Harrison LLP-Atl<br>271 17th St., NW, Suite 1900<br>Atlanta, GA  30363 |

| | | |
|---|---|---|
| Kelley Hart v. WBY, Inc. et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File l:15-CV-00067-AT | The Honorable Amy Totenberg | Bennet Dean Alsher<br>Ford & Harrison LLP-Atl<br>271 17th St., NW, Suite 1900<br>Atlanta, GA  30363 |
| E'lise Z. Hensley, et al. v. S.G.T., Inc., et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:15-CV-00077-RWS | The Honorable Richard W. Story | Frederick Lane Warren, III<br>Ford & Harrison LLP-Atl<br>271 17th St., NW, Suite 1900<br>Atlanta, GA  30363 |
| Christopher Cook v. Statewide Wrecker Services, Inc.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:15-CV-00101-ODE | The Honorable Orinda D. Evans | Lee W. Oxendine Shafer<br>Oxendine & Associates<br>P.O. Box 68<br>3635 Peachtree Industrial Blvd, Suite 400<br>Duluth, GA  30096 |

| | | |
|---|---|---|
| Bianca R. Papapietro v. Smurti Corporation, et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:15-CV-00652 | The Honorable Orinda D. Evans | Catherine Gibson McCauley<br>The Gibson Law Firm, LLC-GA<br>1979 Lakeside Parkway, Suite 180<br>Tucker, GA  30084 |
| Shatrailia Jackson v. P & K Restaurant Enterprise, LLC, et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:150CV-00753 | The Honorable Mark H. Cohen | Marvin S. Arrington, Jr.<br>Arrington & Phillips, LLP<br>2200 Fairburn road, SW<br>Atlanta, GA  30331<br><br>Marcia M. Fuller<br>The Fuller Law Group LLC<br>4153 Flat Shoals Parkway, Suite C332<br>Decatur, GA  30034 |

| | | |
|---|---|---|
| Vasquez v. Vega Construction, Inc, et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br><br>Civil Action File 1:15-CV-00832-SCJ | The Honorable Steve C. Jones | Elizabeth L. Clack-Freeman<br>Tyler Austin Dillard<br>Thomas T. Tate<br>Andersen, Tat & Carr, P.C.<br>One Sugarloaf Centre<br>Suite 4000<br>1960 Satellite Blvd.<br>Duluth, GA  30097 |
| Goble v. AAA Cooper Transportation, Inc.<br><br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File<br><br>1:15-CV-00884-SCJ | The Honorable Steve C. Jones | Lewis Traywick Duffie<br>Emily Dale Shoda<br>Littler Mendelson, P.C. – Atl<br>3344 Peachtree Road, NE,<br>Suite 1500<br>Atlanta, Georgia  30326-4803 |
| Cleveland Mentore v. Pace Runners, Inc.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File<br>1:15-CV—00955 | The Honorable William S. Duffey, Jr. | Shella B. Neba<br>Bradley E. Strawn<br>Littler Mendelson, P.C. – Atl<br>3344 Peachtree Road, NE,<br>Suite 1500<br>Atlanta, Georgia  30326-4803 |

| | | |
|---|---|---|
| Liliana Montana, et al. v. Lyszkowicz, M.D., et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br><br>Civil Action File 1:15-CV-01008-LMM | The Honorable Leigh Martin May | |
| Antonio Benton v. A-Tow, Inc., et al.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:15-CV-01257-WSD | The Honorable William S. Duffey, Jr. | David W. Long-Daniels<br>Sumaya Shawqi Ellard<br>Natasha Wilson<br>Greenberg Traurig, LLP<br>Terminus 200, Suite 2500<br>3333 Piedmont Road, NE<br>Atlanta, GA  30305 |
| Shawn Frix v. Equifax, Inc.<br><br>United States District Court, Northern District, Atlanta Division<br><br>Civil Action File 1:15-CV-01923-AT | The Honorable Amy Totenberg | Kevin Michael Young<br>Seyfarth Shaw, LLP-Atl<br>Suite 2500<br>1075 Peachtree Street, NE<br>Atlanta, GA 30309 |

| | | |
|---|---|---|
| Patricia Ledford v. Neelam Investments, Inc., et al.<br><br>Civil Action File 1:15-CV-02003-AT | The Honorable Amy Totenberg | |
| Tracy Sanders, et al. v. McClure and Stevenson Investments, LLC, et al. | The Honorable Steve C. Jones | |
| Sarah Vaughan, et al. v. Kuroshio, Inc., et al.<br><br>Civil Action File 1:15-CV-02067-SCJ | The Honorable Steve C. Jones | Frederick Lane Warren , III<br>Patrick L. Ryan<br>Ford & Harrison LLP-ATL<br>Suite 1900<br>271 17th Street, NW<br>Atlanta, GA 30363 |
| Marcia Shelton v. McDonald Oil Company et al.<br><br>United States District Court, Northern District, Newnan Division<br><br>3:15-CV-00037-TCB | The Honorable Timothy C. Batten, Sr. | Julie E. Dorchak<br>Thomas F. Gristina<br>William L. Tucker<br>Page Scrantom Sprouse Tucker & Ford<br>P.O. Box 1199<br>Columbus, GA 31902<br>706-243-5613<br><br>Heather H. Garrett<br>Day & Crowley, LLC<br>P.O. Box 1437<br>233 Twelfth Street<br>Suite 200<br>Columbus, GA 31902-1437<br>706-324-4375 |