**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

**THREE WEEK CRIMINAL AND CIVIL CALENDAR COMMENCING THE WEEK OF MONDAY, AUGUST 10, 2015, AUGUST 17, 2015 AND AUGUST 24, 2015 AT  9:30 A.M. IN COURTROOM 2105, U. S. COURTHOUSE, 75 SPRING STREET, SW, ATLANTA, GEORGIA, HONORABLE RICHARD W. STORY, PRESIDING.**

***THIS CALENDAR WILL SERVE AS A BACK-UP TO TWO SPECIALLY SET CASES BELOW.***

*USA V. STEVEN SLAWSON, 1:14-CR-186 (SET FOR AUGUST 3 & 10, 2015)*
*ALLIANT TAX V. MURPHY, 1:11-CV-832 (SET FOR AUGUST 17 & 24, 2015)*

**THE PARTIES WILL BE NOTIFIED BY THE COURT WHEN TO APPEAR AND THE CASES BELOW MAY BE TAKEN OUT OF THE ORDER LISTED.**

| ATTORNEYS CASE NUMBER | STYLE OF CASE | NATURE OF OFFENSE |
|---|---|---|
| Laurel Boatright | USA | Controlled Substance |
| 1:15-CR-202 | V. | |
| Paul Cognac | MARK OWENS | |
| Bill McKinnon | USA | Unlawful Transport of Firearms |
| 2:14-CR-040 | V. | |
| Nicole Kaplan | JAMES LEE DOWDY | |
| Bill McKinnon | USA | Controlled Substance Violent Crime |
| 2:15-CR-014 | V. | |
| Arturo Corso | KEVIN ROMERO | |
| Brian Sutherland Cheryl Legare | EUREKA BROWN | Job Discrimination (Sex) |
| 1:13-CV-1844 | V. | |
| Brendan McCarthy | GEORGIA LIFESTYLES | |

| | | |
|---|---|---|
| **Kevin Fitzpatrick**<br>**Charles Bridgers**<br>**Matthew Herrington** | **RICHARD MARTIN** | **FLSA** |
| **1:13-CV-4242** | **V.** | **3 days (Bench Trial)** |
| **Larry Stine**<br>**Elizabeth Dorminey** | **JOBO'S, INC., ET AL** | |

**Dated: July 10, 2015**

**s/Rick Goss**
**Courtroom Deputy Clerk**
**(404) 215-1349**

**In the United States District Court**

**For the Northern District of Georgia**

**Atlanta Division**

## CLERK'S CERTIFICATE OF MAILING

I, James N. Hatten, Clerk of the United States District Court for the Northern District of Georgia, at Atlanta, Georgia, hereby certify:

1.  That pursuant to instructions for the United States District Judges and in the performance of my duties as Clerk, there was mailed to each of the defendant(s) named on the attached Criminal Notice filed herein, or as otherwise appearing in the files in such cause except where the address is unknown, a Notice of Criminal Trial for August 10, 2015, a true copy of which is attached hereto;

2.  That the attached Notice was also mailed or electronically transmitted to each defendant's counsel and to each defendant's surety;

3.  That such Notice was enclosed and sealed in envelopes bearing the lawful frank of the United States District Court or contained the official Notice of Electronic Filing.

4.  That said envelopes were delivered to and deposited in the regular mails of the United States Postal Service in the City of Atlanta in said District on the 10th day of July, 2015.

**JAMES N. HATTEN, CLERK**

**BY: s/Rick Goss_____**
**Courtroom Deputy Clerk**