IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN | : |
| Plaintiff, | : CIVIL ACTION NO. |
| vs. | : 1:13-cv-04242-RWS |
| JOBO'S, INC., d/b/a BJ ROOSTERS, ROBERT HAMIL, AND JOHN MOLINARI | : |
| Defendants. | : |

### NOTICE OF DEPOSITION OF VICTOR ZEPKA

All Parties are hereby notified that on Monday, October 5, 2015 beginning at 2:00 p.m. at the law offices of Morgan and Morgan, 600 N. Pine Island Road, Suite 400, Plantation, Florida 33324, the undersigned will proceed to take the deposition of **Victor Zepka** upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before US LEGAL SUPPORT, Court Reports, Notary Public, or any other officer authorized by law to take videotaped depositions in the State of Florida. The videographer will be provided by the court reporter, US LEGAL SUPPORT. The oral examination will continue from day to day until

completed. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted under the rules of Court.

Dated: September 22, 2015.

                                              DELONG CALDWELL BRIDGERS
                                              FITZPATRICK & BENJAMIN, LLC

                                              */s/Matthew W. Herrington*
                                              Matthew W. Herrington

3100 Centennial Tower               Georgia Bar No. 275411
101 Marietta Street
Atlanta, GA 30303                     COUNSEL FOR PLAINTIFF
(404) 979-3150
(404) 979-3170 (facsimile)
matthew.herrington@dcbflegal.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN | : |
| Plaintiff, | : CIVIL ACTION NO. |
| vs. | : 1:13-cv-04242-RWS |
| JOBO'S, INC., d/b/a BJ ROOSTERS, ROBERT HAMIL, AND JOHN MOLINARI | : |
| Defendants. | |

## CERTIFICATE OF SERVICE

I hereby certify that on this day 22nd day of September, 2015, I have served a **Notice of Deposition of Victor Zepka** by electronic mail and by depositing the same in the United States Mail with sufficient postage thereon to the following:

J. Larry Stine, Esq.
WIMBERLY, LAWSON, STECKEL,
 SCHNEIDER & STINE, P.C.
3400 Peachtree Road, N.E., Suite 400
Atlanta, Georgia 30326

*/s/ Matthew W. Herrington*
Matthew W. Herrington
Georgia Bar No. 275411