IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>    **Plaintiff,**<br><br>    **vs.**<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>    **Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

### NOTICE OF DEPOSITION OF VICTOR ZEPKA

All Parties are hereby notified that on Monday, October 5, 2015 beginning at 2:00 p.m. at the law offices of Morgan and Morgan, 600 N. Pine Island Road, Suite 400, Plantation, Florida 33324, the undersigned will proceed to take the deposition of **Victor Zepka** upon oral examination pursuant to Rules 26 and 30 of the Federal Rules of Civil Procedure before US LEGAL SUPPORT, Court Reporter, Notary Public, or any other officer authorized by law to take videotaped depositions in the State of Florida. The videographer will be provided by the court reporter, US LEGAL SUPPORT. The oral examination will continue from day to day until completed. This deposition is being taken for the purpose of discovery, for use at trial or for such other purposes as are permitted under the rules of Court.

- 2 -

Dated: September 24, 2015.

|  |  |
|---|---|
|  | **DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC** |
|  | */s/ Matthew W. Herrington* |
| 3100 Centennial Tower | Matthew W. Herrington |
| 101 Marietta Street | Georgia Bar No. 275411 |
| Atlanta, GA 30303 |  |
| (404) 979-3150 | Counsel for Plaintiff |
| (404) 979-3170 (facsimile) |  |
| matthew.herrington@dcbflegal.com |  |

- 2 -

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>　　**Plaintiff,**<br><br>　vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters et al.,**<br><br>　　**Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

### CERTIFICATE OF SERVICE

I hereby certify that on this day I filed the foregoing document in the Court's CM/ECF system, thereby ensuring electronic service upon all counsel of record.

Dated: September 24, 2015.

　　　　　　　　　　　　　　　　　*/s/ Matthew W. Herrington*
　　　　　　　　　　　　　　　　　Matthew W. Herrington
　　　　　　　　　　　　　　　　　Georgia Bar No. 275411