IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | CIVIL ACTION FILE |
| v. ) | |
| ) | NO.: 1:13-cv-4242-RLV |
| JOBO'S, INC., d/b/a BJ ROOSTERS, ) | |
| ROBERT HAMILL and ) | |
| JOHN MOLINARI, ) | |
| ) | |
| *Defendants*. ) | |
| ) | |

## NOTICE OF FILING

**COMES NOW** Plaintiff Richard Martin, and Defendants Robert Hamill and John Molinari, d/b/a BJ Roosters, in the above-styled action, by and through their undersigned counsel, and file the attached supplement to the Parties' Joint Pretrial Order, attached to this filing as Exhibit "A."

Respectfully submitted this 4th day of November, 2015.

|  |  |
|---|---|
|  | /s/ *J. Larry Stine* |
|  | J. Larry Stine |
| WIMBERLY, LAWSON, STECKEL, | Ga. Bar No.: 682555 |
|   SCHNEIDER & STINE, P.C. | Elizabeth K. Dorminey |
| Suite 400, Lenox Towers | Ga. Bar No.: 225935 |
| 3400 Peachtree Road, N.E. |  |
| Atlanta, Georgia  30326 | *Attorneys for Defendants* |
| Phone:      (404) 365-0900 |  |
| Fax:          (404) 261-3707 |  |
| Email:       jls@wimlaw.com |  |
|                   edorminy@bellsouth.net |  |
|  | */s/ Charles R. Bridgers* |
|  | Charles R. Bridgers |
| DELONG, CALDWELL, BRIDGERS | Ga. Bar No. 080791 |
|   & FITZPATRICK, LLC | Kevin D. Fitzpatrick, Jr. |
| 3100 Centennial Tower | Ga. Bar No. 262375 |
| 101 Marietta Street | Matthew W. Herrington |
| Atlanta, Georgia 30303 | Ga. Bar No. 275411 |
| Phone:      (404) 979-3150 |  |
| Fax:          (404) 979-3170 | *Counsel for Plaintiff* |
| Email:       charlesbridgers@dcbflegal.com |  |
|                   matthew.herrington@dcbflegal.com |  |
|                   Kevin.fitzpatrick@dcbflegal.com |  |

## **CERTIFICATE OF COMPLIANCE**

Pursuant to Local Rules 5.1(C) and 7.1(D), I certify that the foregoing pleading is typewritten using Century Schoolbook font, fourteen-point type.

DATED this 4th day of November, 2015.

> */s/ J. Larry Stine*
> J. Larry Stine
> Bar No. 682555
> *Counsel for Defendants*

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN,  *Plaintiff,*  v.  JOBO'S, INC., d/b/a BJ ROOSTERS, ROBERT HAMILL and JOHN MOLINARI,  *Defendants.* | CIVIL ACTION FILE  NO.: 1:13-cv-4242-RLV |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I electronically filed the foregoing **NOTICE OF FILING** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Charles R. Bridgers
Kevin D. Fitzpatrick, Jr.
Matthew W. Herrington
DELONG CALDWELL BRIDGERS & FITZPATRICK, LLC

This 4th day of November, 2015.

/s/ *J. Larry Stine*
J. Larry Stine
Ga. Bar No.: 682555
Elizabeth K. Dorminey
Ga. Bar No.: 225935

*Attorneys for Defendants*

WIMBERLY, LAWSON, STECKEL,
 SCHNEIDER & STINE, P.C.
Suite 400, Lenox Towers
3400 Peachtree Road, N.E.
Atlanta, Georgia  30326