IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| **RICHARD MARTIN,**<br><br>        **Plaintiff,**<br><br>    vs.<br><br>**JOBO'S, INC., d/b/a BJ Roosters, ROBERT HAMILL, and JOHN MOLINARI,**<br><br>        **Defendants.** | Civil Action No. 1:13-cv-04242-RWS |

## SUPPLEMENTAL MATERIALS FOR
## JOINT CONSOLIDATED PRETRIAL ORDER

20.

The following designated portions of the testimony of the persons listed below may be introduced by deposition:

Plaintiff: Plaintiff designates the following portions of the deposition of Shane Smith, October 5, 2015:

   Page 4, line 5 through page 5, line 14
   Page 6, line 20 through page 7, line 7
   Page 7, line 21 through page 9, line 13
   Page 9, line 16 through page 10, line 9
   Page 11, line 20 through page 12, line 20
   Page 13, line 1 through page 14, line 4
   Page 16, line 15 through page 21 line 9
   Page 22, line 18 through page 23, line 1
   Page 24, line 1 through page 24, line 13

    Page 25, line 11 through page 26, line 25
    Page 27, line 9 through page 29, line 25
    Page 32, line 5 through page 33, line 8
    Page 34, line 11 through page 35, line 4
    Page 37, line 24 through page 38, line 13
    Page 39, line 21 through page 40, line 12

Plaintiff objects to the following portions, designated by Defendants, of the deposition testimony of Shane Smith:

| None | |
|---|---|

Defendant: Defendants designate the following portions of the deposition of Shane Smith, October 5, 2015:

    Page 35, line 22 through page 37, line 21
    Page 28, line 12 through page 29, line 25
    Page 30, line 12 through page 31, line 10
    Page 33, line 9 through line 15
    Page 22, line 18 through page 23, line 1

Defendants object to the following portions, designated by Plaintiff, of the deposition testimony of Shane Smith:

| Page 9, line 16 through page 10, line 9 | Irrelevant |
|---|---|
| Page 13, line 20 through page 14, line 4 | Irrelevant |
| Page 16, line 15 through page 18, line 24 | Irrelevant |
| Page 20, line 5 through page 21, line 9 | Irrelevant |
| Page 27, line 9 through page 28, line 2 | Irrelevant |
| Page 32, line 5 through page 33, line 8 | Irrelevant; lack of personal knowledge |

# Attachment F-1

Plaintiff's list of all the witnesses and their addresses follows:

**Plaintiff will call at trial:**

1. Richard Lee Martin
   c/o DeLong Caldwell Bridgers & Fitzpatrick, LLC
   3100 Centennial Tower
   101 Marietta Street, N.W.
   Atlanta, GA 30303-2720

**Plaintiff may call at trial:**

Pursuant to redaction rules, home addresses will be exchanged between counsel.

1. Gary Drews
   c/o DeLong Caldwell Bridgers & Fitzpatrick, LLC
   3100 Centennial Tower
   101 Marietta Street, N.W.
   Atlanta, GA 30303-2720

2. Chad Rike
   Decatur, GA

3. Jeremy Sheffield
   Norcross, GA

4. Shane Smith
   Ft. Lauderdale, FL

5. Terry Moody
   Atlanta, GA

6. David Havener
   Atlanta, GA

7. Adam Hollobaugh
   Atlanta, Georgia

8. Lance Mardis
   Atlanta, Georgia

## Attachment F-2

Defendants' list of all the witnesses and their addresses follows:

**Defendants will call at trial:**

1. Robert Hamill
   c/o J. Larry Stine, Esq.
   Wimberly, Lawson, Steckel, Schneider & Stine, P.C.
   Suite 400 – Lenox Towers
   3400 Peachtree Road, N.E.
   Atlanta, Georgia  30326

2. John Molinari
   c/o J. Larry Stine, Esq.
   Wimberly, Lawson, Steckel, Schneider & Stine, P.C.
   Suite 400 – Lenox Towers
   3400 Peachtree Road, N.E.
   Atlanta, Georgia  30326

**Defendants may call at trial:**

1. Leslie Benish
   Atlanta, Georgia  30306

2. David Havener
   Atlanta, Georgia

3. Adam Hollobaugh
   Atlanta, Georgia

4. Lance Mardis
   Atlanta, Georgia

5. Terry Moody
   Atlanta, Georgia

(For privacy reasons, contact information will be exchange between counsel.)

## Attachment G-1

Plaintiff's typed lists of all documentary and physical evidence that will be tendered at trial:

| P's No. | OFFERED | MARK | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 1 | | | | Form SSA-1826 Certified Itemized Statement of Earnings for Plaintiff (years 2010–2013) |
| 2 | | | | Photos of bartender schedules |
| 3 | | | | Transcript and video of deposition of Shane Smith, October 5, 2015 (and exhibits) |
| 4 | | | | Assurant employee census |
| 5 | | | | Bartender list |
| 6 | | | | Bartender schedule printouts |
| 7 | | | | Dancer Nightly Line-Up, 2011.4.7 |
| 8 | | | | Dancer Nightly Line-Up, 2011.5.21 |
| 9 | | | | Drews Arbitration Agreement |
| 10 | | | | Group MMS |
| 11 | | | | Text message from Molinari to Drews |
| 12 | | | | Martin W-2 |
| 13 | | | | Heartland payroll, Q3, 2010 |
| 14 | | | | Tax and wage report, Q2–3 2010 |
| 15 | | | | Tax and wage report, Q1–4 2011 |
| 16 | | | | Payroll documents, 2012 |

| P's No. | OFFERED | MARK | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 17 | | | | Payroll documents, 2012 (2) |
| 18 | | | | Tax and wage report, Q1–3 2013 |
| 19 | | | | Payroll documents, 2013 |
| 20 | | | | Martin earnings records, 2013 |
| 21 | | | | Moody earnings record, 2013 |
| 22 | | | | Letter from Robert Hamill dated September 5, 2010 |
| 23 | | | | Spreadsheet of Martin's scheduled hours |
| 24 | | | | Spreadsheet of Martin's reconstructed hours |
| 25 | | | | Spreadsheet of Martin's unpaid wages |
| 26 | | | | Spreadsheet of Molinari's scheduled hours |

## Defendants' Objections to Plaintiff's Exhibits

| Exhibit No. | Objection(s) |
|---|---|
| 1 | No objection. |
| 2 | Relevancy; authenticity. |
| 3 | Deposition transcripts are not evidence under the Federal Rules of Evidence.  Object to portions on relevancy, lack of personal knowledge, speculative.  The appropriate portions can be read into the record. |
| 4 | No objection. |
| 5 | No objection. |
| 6 | Relevancy. |
| 7 | No objection. |
| 8 | No objection |
| 9 | Relevancy. |
| 10 | Relevancy. |
| 11 | Relevancy. |
| 12 | No objection. |
| 13 | No objection. |
| 14 | No objection. |
| 15 | No objection. |
| 16 | No objection. |
| 17 | No objection. |
| 18 | No objection. |

| | |
|---|---|
| 19 | No objection. |
| 20 | No objection. |
| 21 | No objection. |
| 22 | Relevancy; authenticity. |
| 23 | Does not constitute substantive evidence; authenticity; hearsay; failure to establish an adequate foundation; inadmissible under FRE 1006 and/or 611; failure to disclose or provide a copy of the proposed exhibit. |
| 24 | Does not constitute substantive evidence; authenticity; hearsay; failure to establish an adequate foundation; inadmissible under FRE 1006 and/or 611; failure to disclose or provide a copy of the proposed exhibit. |
| 25 | Does not constitute substantive evidence; authenticity; hearsay; failure to establish an adequate foundation; inadmissible under FRE 1006 and/or 611; failure to disclose or provide a copy of the proposed exhibit. |
| 26 | Does not constitute substantive evidence; authenticity; hearsay; failure to establish an adequate foundation; inadmissible under FRE 1006 and/or 611; failure to disclose or provide a copy of the proposed exhibit. |
| | |
| | |

## Attachment G-2

Defendants' typed lists of all documentary and physical evidence that will be tendered at trial:

| Ds' No. | OFFERED | MARK | ADMIT | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|
| 1 | | | | 2010 Employment Tax Report |
| 2 | | | | 2011 Employment Tax Report |
| 3 | | | | 2012 Employment Tax Report |
| 4 | | | | Wage Summaries for 5-2012, 8-2012, 11-2012 |
| 5 | | | | Payroll Journal for 12-2012 to 1-2013 |
| 6 | | | | Payroll Journal for 1-2013 to 9-2013 |
| 7 | | | | Employee Earnings Report for Richard Martin 2013 |
| 8 | | | | 2013 Employment Tax Reports |
| 9 | | | | 3rd Quarter 2013 Wage Report draft |
| 10 | | | | Text message from Shane Smith to John Molinari |
| | | | | |

## Plaintiff's Objections to Defendants' Exhibits

| Exhibit No. | Objection(s) |
|:---:|---|
| 1 | No objection |
| 2 | No objection |
| 3 | No objection |
| 4 | No objection |
| 5 | No objection |
| 6 | No objection |
| 7 | No objection |
| 8 | No objection |
| 9 | No objection |
| 10 | Authenticity; relevancy |
|  |  |
|  |  |