UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| RICHARD MARTIN,<br><br>    Plaintiff,<br><br>vs.<br><br>JOBO'S, INC. d/b/a BJ Roosters, ROBERT HAMILL and JOHN MOLINARI, individuals,<br><br>    Defendants. | CIVIL ACTION FILE<br><br>NO. 1:13-cv-4242-RWS |

## J U D G M E N T

This action having come before the court, Honorable Richard W. Story, United States District Judge, for a bench trial on November 10, 2015, and having found in favor of the plaintiff and against the defendants, it is

**Ordered and Adjudged** that defendants are jointly and severally liable to plaintiff in the amount of $33,741.55 in due but unpaid minimum wages and overtime, $33,741.55 in liquidated damages.

Dated at Atlanta, Georgia, this 11th day of December, 2015.

JAMES N. HATTEN
CLERK OF COURT

By:   s/C. Mercado
        Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   December 11, 2015
James N. Hatten
Clerk of Court

By: s/C. Mercado
        Deputy Clerk